IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 20-0217

FILED

10/06/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0217

IN THE MATTER OF:

T.N.B., A.M.B, and S.M.B,                    O R D E R

    Youths in Need of Care.

---

This Court reviews briefs to ensure compliance with the Montana Rules of Appellate Procedure. After reviewing the Appellant's opening brief filed electronically on October 6, 2020, this Court has determined that the brief does not comply with the below-referenced Rules and must be resubmitted.

M. R. App. P. 10(6) requires that in any proceeding regarding abused and neglected children under Title 41, Chapter 3, only the initials of the parent(s) may be used. On page 1 of the Appellant's opening brief, the full name of the Father and Appellant is used. In addition, on page 4 of the Appellant's opening brief, the first name of the Mother is used.

M. R. App. P. 12(1)(i) requires that an appellant must attach an "appendix that includes the relevant judgment, order(s), findings of fact, conclusions of law, jury instruction(s), ruling(s), or decision(s) from which the appeal is taken together with any written memorandum or rationale of the court, and those pages of the transcript containing any oral ruling in support." M. R. App. P. 12(1)(i) further requires the appendix to include its own table of contents. The Appellant's appendix contains the Findings of Fact, Conclusions of Law, and Order Terminating Parental Rights for both T.N.B. and A.M.B.; however, it does not contain such an order for S.M.B. In addition, the appendix does not have a table of contents.
Therefore,

IT IS ORDERED that the referenced brief is rejected.

IT IS FURTHER ORDERED that within ten (10) days of the date of this Order the Appellant shall electronically file with the Clerk of this Court a revised brief containing the revisions necessary to comply with the specified Rule and that the Appellant shall serve copies of the revised brief on all parties of record;

IT IS FURTHER ORDERED that no changes, additions, or deletions other than those specified in this Order may be made to the brief as originally filed; and

IT IS FURTHER ORDERED that the times for any subsequent briefing contained in M. R. App. P. 13 shall run from the date of filing of the revised brief.

The Clerk is directed to provide a true copy of this Order to the Appellant and to all parties of record.

Electronically signed by:
Ingrid Gustafson
Justice, Montana Supreme Court
October 6 2020